UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RANDOLPH THORNE and )
MONA THORNE, )
)
Plaintiffs, )
)
vs. ) Civil Action No.: 3:20-cv-00119-DCB-JCG
)
MISSISSIPPI FARM BUREAU )
CASUALTY INSURANCE )
COMPANY, RICK SMITH )
and RIVERHILLS BANK, )
)
Defendants )
)

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came on to be heard this date on Plaintiff's Motion to Dismiss Mississippi Farm Bureau Casualty Insurance Company as a defendant herein, with prejudice, and the Court finding said Motion to be well taken it is, therefore;

ORDERED AND ADJUDGED that Plaintiffs' Complaint against Mississippi Farm Bureau Casualty Insurance Company should be and is hereby dismissed, with prejudice, with each party herein to pay their own costs and fees.

SO ORDERED AND ADJUDGED this the 27th day of April, 2021.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

DAVID M. SESSUMS,
Attorney for Plaintiffs

1