IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RANDOLPH THORNE
MONA THORNE                                                PLAINTIFFS

VERSUS                              CAUSE NO.3:19-cv-00119-DCB-JCG

MISSISSIPPI FARM BUREAU CASUALTY INSURANCE
COMPANY, RICK SMITH, AND
RIVERHILLS BANK                                            DEFENDANTS

ORRDER REQUIRING SUPPLEMENTAL BRIEFING

Because of a settlement between Mississippi Farm Bureau Casualty Insurance Company ("Farm Bureau") and the Plaintiffs [ECF No. 40], the Court dismissed Farm Bureau with prejudice from this lawsuit [ECF No. 50] as per the Plaintiffs' request. Now pending before this Court is the Plaintiffs' Motion to Remand. [ECF No. 39]. Given the dismissal of Farm Bureau, the Court hereby orders that the Plaintiffs submit supplemental briefing on the following issues so that the Court may rule on the Plaintiffs' Motion to Remand:

   1.  The Plaintiffs shall address in detail and with legal support the grounds for their request to remand this case to state court.

    2. The Plaintiffs also shall advise the Court in their supplemental brief exactly which claims they now are pursuing against each remaining defendant in this lawsuit.

The Plaintiffs' supplemental brief must be submitted to the Court within fourteen (14) days of the date of this Order. The remaining defendants may file their respective replies to the Plaintiffs' supplemental brief no later than fourteen (14) days from the filing date of the Plaintiffs' supplemental brief or advise the Court in writing that they do not intend to file a reply.

    Accordingly,

IT IS HEREBY ORDERED that the parties shall submit supplemental briefing to the Court in compliance with the above instructions.

    SO ORDERED, this the 10th day of May 2021.

                               /s/ David Bramlette
                               UNITED STATES DISTRICT JUDGE

.